## ALLEN *vs.* ARNOUIL.

APPEAL FROM THE CITY COURT OF NEW ORLEANS.

Damages for a frivolous appeal cannot be allowed when the dismissal of the appeal is insisted on by the appellee.

The appeal will be dismissed when the record is incomplete, and contains nothing for the court to act on.

This is a suit against the maker of three promissory notes amounting to $500, protested for non-payment. There was judgment by default made final.

The defendant came forward and averred he had made a cession of his property and was not liable to be sued; and prayed an appeal.

The record comes up without any evidence except the notes and protests. The other testimony was not taken down. There is no bill of exception, assignment of errors, or statement of facts.

*Redmond*, for the plaintiff, insisted the appeal was frivolous and taken solely for delay and prayed that it be dismissed; and that the defendant be condemned to pay ten per cent. damages on the amount of the judgment.

*Eyma*, for the defendant and appellant.

*Martin, J.* delivered the opinion of the court.

In this case the dismissal of the appeal is asked on the ground that the record comes up in such a shape as precludes an examination of the case on its merits.

EASTERN DIS.
May, 1841.

Damages are prayed on the ground that the appeal is frivolous and taken for delay, but we are of opinion that they cannot be allowed when the dismissal of the appeal is insisted on by the appellee.

We have examined the record and find it incomplete. The certificate of the clerk shows that it does not contain all the evidence and there is no bill of exception, statement of facts, or assignment of errors.

The appeal is therefore dismissed with costs.